# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DUANE JENSEN,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

        Defendants.

2:17-cv-01219-JAD-VCF

**ORDER**

        Before the Court is *Duane Jensen v. Las Vegas Metropolitan Police Department*, *et al.*, case number 2:17-cv-01219-JAD-VCF.  The parties were ordered to file a proposed stipulation and order for dismissal by January 19, 2021.  (ECF No. 39).  To date, no proposed stipulation and order for dismissal has been filed.

        Accordingly,

        IT IS ORDERED that a telephonic status hearing is 11:00 AM, February 3, 2021.

        The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

        DATED this 20th day of January 2021.

                                                            _____
                                                                CAM FERENBACH
                                                                UNITED STATES MAGISTRATE JUDGE