**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendant Las Vegas Metropolitan Police Department

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUANE JENSEN,<br><br>           Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; TODD R. FASULO, SR., personally and in his official capacity; LISA LICHTENBERGER personally and in her official capacity, DOES I-X; inclusive, and ROE CORP. I-X, inclusive,<br><br>           Defendants. | Case Number:<br>2:17-cv-01219-JAD-VCF<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE**<br><br><br>ECF No. 41 |

IT IS HEREBY STIPULATED, by and between Plaintiff Duane Jensen ("Plaintiff"), in Proper Person, and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), through their attorneys of record, Marquis Aurbach Coffing, that the parties agree as follows.

    1.    Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice as to Plaintiff Duane Jensen and Defendants; and

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:14687-048 4256241_1

2. Each party will bear its own attorney fees and costs.

Dated this 21st day of January, 2021

Dated this 21st day of January, 2021

MARQUIS AURBACH COFFING

DUANE JENSEN

By: /s/ Jackie V. Nichols
   Nick D. Crosby, Esq.
   Nevada Bar No. 8996
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for LVMPD

By: /s/ Duane Jensen
   Duane Jensen
   113 Caperna Court
   Boulder City, Nevada 89005
   Plaintiff Pro Se

## **ORDER**

Based on the parties' stipulation **[ECF No. 41]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 22, 2021